## Commonwealth *v.* Cannon, Appellant.

Argued March 21, 1967. *Melvin Dildine,* Assistant Defender, with him *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Burton D. Fretz,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.